

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00021-CR

KEVIN BRYAN FARRAR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 40514-A

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Kevin Bryan Farrar pled guilty to possession of a controlled substance. In accord with his negotiated plea agreement with the State, the trial court sentenced Farrar to ten years' imprisonment and ordered him to pay a $1,500.00 fine, but suspended the sentence in favor of placing Farrar on community supervision for eight years. However, after Farrar pled true to the State's allegations that he violated the terms and conditions of his community supervision, the trial court revoked Farrar's community supervision, sentenced him to six years' imprisonment, and ordered him to pay a $932.00 fine.

On appeal,[1] Farrar argues that his sentence violated his Eighth Amendment protections because it was disproportionate to his crime. We addressed the question of whether we have jurisdiction to address this issue in our opinion of this date on Farrar's appeal in cause number 06-16-0019-CR. For the reasons stated therein, we likewise conclude that we do not have jurisdiction over Farrar's sole point of error on appeal in this matter.

Accordingly, we dismiss the appeal for want of jurisdiction.


Bailey C. Moseley
Justice

Date Submitted:     August 26, 2016
Date Decided:       November 17, 2016

Do Not Publish

---

[1]In cause numbers 06-16-00019-CR and 06-16-00020-CR, Farrar also appeals the trial court's revocations of community supervision and sentences for forgery of a financial instrument and forgery.